# UNITED STATES DISTRICT COURT

_____ **EASTERN** _____ **DISTRICT OF** _____ **WISCONSIN** _____

UNITED STATES OF AMERICA

v.

PRECIOUS CRUSE

**EXHIBIT LIST**

Case Number: 23-CR-149

|     | A. MEDICAID RECORDS |
| --- | --- |
| 1.  | Medicaid Claims Billing Data |
| 1A. | Medicaid Claims Billing Data_Tatyana Stovall |
| 1B. | Medicaid Claims Billing Data_Cortese Ross |
| 1C. | Medicaid Claims Billing Data_Aiesha Bennet |
| 1D. | Medicaid Claims Billing Data_Dae'sha Bradley |
| 1E. | Medicaid Claims Billing Data_Tiffany Brown |
| 1F. | Medicaid Claims Billing Data_Klaranda Davis |
| 1G. | Medicaid Claims Billing Data_Amber_Hacket |
| 1H. | Medicaid Claims Billing Data_Mylesha Howard |
| 1I. | Medicaid Claims Billing Data_Tia Imes |
| 1J. | Medicaid Claims Billing Data_Jaliyah Lawrence |
| 1K. | Medicaid Claims Billing Data_Charlisa Smith |
| 1L. | Medicaid Claims Billing Data_Keshawna Harris |
| 1M. | Medicaid Claims Billing Data_Keyanna McGee |
| 1N. | Medicaid Claims Billing Data_Tenisha Woulard |
| 1O. | Medicaid Claims Billing Data_Savala Brown |
| 1P. | Medicaid Claims Billing Data_Shirtria Davis |
| 1Q. | Medicaid Claims Billing Data_Ajanee Phillips |
| 1R. | Medicaid Claims Billing Data_Michaela Mack |
| 1S. | Medicaid Claims Billing Data_Taja Walker |
| 1T. | Medicaid Claims Billing Data_Jashona Harvey |
| 1U. | Medicaid Claims Billing Data_Marcelina Bonilla |
| 1V. | Medicaid Claims Billing Data_Azzivh Good |
| 1W. | Medicaid Claims Billing Data_Afrisha Ward |

| 1X. | Medicaid Claims Billing Data_August 6 to August 11 |
|---|---|
| 1Y. | Medicaid Claims Billing Data_Precious Cruse Clients |
| 1Z. | Medicaid Claims Billing Data-Audrey Davis |
| 1aa | Medicaid Claims Billing Data-Amina Mohamed |
| 1bb | Medicaid Claims Billing Data-Antiana Wiley |
| 1cc | Medicaid Claims Billing Data-Jackie Rosado |
| 1dd | Medicaid Claims Billing Data-Teyisha Malone |
| 1ee | Medicaid Claims Billing Data-Kaprisha Greer |
| 1ff | Medicaid Claims Billing Data-Suvina Thomas |
| 1gg | Medicaid Claims Billing Data-Kenya Evins |
| 1hh | Medicaid Claims Billing Data-Lavender Cocroft |
| 1ii | Medicaid Claims Billing Data-Briyana Meadows |
| 1jj | Medicaid Claims Billing Data – Feb. & Mar. DOS |
| 1kk | Medicaid Claims Billing Data – Shanta Henderson |
| 1ll | Medicaid Claims Billing Data – Kezia McNealy |
| 1mm | Medicaid Claims Billing Data – Akilah Teague |
| 2. | Provider Agreement |
| 3. | Provider Application |
| 4. | Provider Application_Resources List |
| 5. | Cruse application cover letter |
| 6. | CTL policies and procedures |
| 7. | Mealing Resume |
| 8. | Outreach Letter |
| 9. | Application MOUs |
| 10. | Mealing contract addendum |
| 11. | EVS spreadsheet |
| 12. | PNCC questionnaire instructions |
| 13. | PNCC questionnaire |
| 14. | CCC questionnaire instructions |
| 15. | CCC questionnaire |
| 16. | CCC ForwardHealth Handbook_01-31-2021 |
| 17. | PNCC ForwardHealth Handbook_01-31-2021 |
| 20. | Enrollment documentation |

| | |
|---|---|
| **B. CTL RECORDS** | |
| 21. | Aiesha Bennett notes |
| 22. | Aiesha Bennett texts |
| 23. | Aiesha Bennett_risk summary |
| 24. | Mylesha Howard notes |
| 25. | Mylesha Howard texts |
| 26. | Mylesha Howard Risk Summary |
| 27. | Mylesha Howard_handwritten checklist |
| 28. | Precious Cruse_Audrey Brewer |
| 29. | Precious Cruse_Azzivh Good |
| 30. | Precious Cruse_Briyana Meadows |
| 31. | Precious Cruse_Camille Bowens |
| 32. | Precious Cruse_Chanice Evans |
| 33. | Precious Cruse_Corday Canada |
| 34. | Precious Cruse_Cortese Ross |
| 35. | Precious Cruse_Damonique Johnson |
| 36. | Precious Cruse_Indasia Shareef |
| 37. | Precious Cruse_Jaliyah Lawrence |
| 38. | Precious Cruse_Jashona Harvey |
| 39. | Precious Cruse_Jessica Alvarado |
| 40. | Precious Cruse_Kaphree Jordan |
| 41. | Precious Cruse_Katera Brown |
| 42. | Precious Cruse_Kenya Evins |
| 43. | Precious Cruse_Keyana Wilson |
| 44. | Precious Cruse_Lavender Cocroft |
| 45. | Precious Cruse_Leanna Smith |
| 46. | Precious Cruse_Lynetria Brown-May |
| 47. | Precious Cruse_Maliah King |
| 48. | Precious Cruse_Marcelina Bonilla |
| 49. | Precious Cruse_Michelle Hamberlin |
| 50. | Precious Cruse_Myishia Douglas |
| 51. | Precious Cruse_Pashonate Pendleton |
| 52. | Precious Cruse_Quineka Grant |

| | |
|---|---|
| 53. | Precious Cruse_Savanna Searcy |
| 54. | Precious Cruse_Shannica Johnson |
| 55. | Precious Cruse_Shrina Smith |
| 56. | Precious Cruse_Taja Walker |
| 57. | Precious Cruse_Tashari Campbell |
| 58. | Precious Cruse_Tatyana Stovall |
| 59. | Tatyana Stovall_Ajanee Phillips |
| 60. | Tatyana Stovall_Alyssa Heredia |
| 61. | Tatyana Stovall_Amber Hacket |
| 62. | Tatyana Stovall_contact status |
| 63. | Tatyana Stovall_Jalicia Rainey |
| 64. | Tatyana Stovall_Junaiya Ahmad |
| 65. | Tatyana Stovall_Kenya Evins |
| 66. | Tatyana Stovall_Marisol Andrade |
| 67. | Tatyana Stovall_Michaela Mack |
| 68. | Tatyana Stovall_Monika Gregory |
| 69. | Tatyana Stovall_Porscheanna Lagrant |
| 70. | Tatyana Stovall_Porsha Madden |
| 71. | Tatyana Stovall_Regine Bradford |
| 72. | Tatyana Stovall_Ronajah Ball |
| 73. | Tatyana Stovall_Sandra Stovall |
| 74. | Tatyana Stovall_Savala Brown |
| 75. | Tatyana Stovall_Selena Campos |
| 76. | Tatyana Stovall_Shanta Henderson |
| 77. | Tatyana Stovall_Teyshia Malone |
| 78. | Tatyana Stovall_Tichina Hudson |
| 79. | Tatyana Stovall_Victoria Patterson |
| 80. | Tatyana Stovall_Zakeiya King |
| 81. | Samone Thomas_Artavia Brooks |
| 82. | Samone Thomas_Dayja Graham |
| 83. | Samone Thomas_Jasmine Baker |
| 84. | Samone Thomas_Keshawna Harris |
| 85. | Samone Thomas_Keshawna Harris Screenshot |

| | |
|---|---|
| 86. | Samone Thomas_Keyanna McGee |
| 87. | Samone Thomas_Tenisha Woulard |
| 88. | Samone Thomas_Tia Imes |
| 89. | Cortese Ross_Employment application |
| 90. | Cortese Ross_Client Folder_Empty |
| 91. | Cortese Ross_Client Lists |
| 92. | Cortese Ross_Alicia Robinson |
| 93. | Cortese Ross_Ashley Peterson |
| 94. | Cortese Ross_Carolyn Avery |
| 95. | Cortese Ross_Cashmere Austin |
| 96. | Cortese Ross_Etoya Harding |
| 97. | Cortese Ross_Haria Boyd |
| 98. | Cortese Ross_Ladashia Cannon |
| 99. | Cortese Ross_Marisol Andrade |
| 100. | Cortese Ross_Mercedes Dickerson |
| 101. | Cortese Ross_Niyah Smith |
| 102. | Cortese Ross_Savala Brown |
| 103. | Cortese Ross_Shirtria Davis |
| 104. | Cortese Ross_T.Carroll-Caine |
| 105. | Cortese Ross_Tara Newson |
| 106. | Cortese Ross_Thomasja Woulard |
| 107. | Cortese Ross_Tiffany Brown |
| 108. | Cortese Ross_Tiffany Brown_July |
| 109. | Cortese Ross_Tiffany Brown_Oct |
| 110. | Cortese Ross_Tiffany Brown_Sept |
| 111. | Cortese Ross_Vernita Farr |
| 112. | Audrey Davis Care Plan |
| 113. | Audrey Davis Notes |
| 114. | Charlisa Smith_Damonique pay stubs |
| 115. | Damonique Johnson Client Check List - Charlisa Smith |
| 116. | Daesha Bradley notes |
| 117. | Daesha Bradley on Coleman list |
| 118. | Klaranda Davis notes |

5

| | |
|---|---|
| 119. | contact status_6.23 |
| 120. | Contact status_Aailyah Simmons |
| 121. | Contact status_Cruse undated |
| 122. | Contact Status_July to October |
| 123. | Contact status_July |
| 124. | Contact status_october |
| 125. | Coordinator Pay List |
| 126. | CTL Handbook |
| 127. | Giveaway instruction_handwritten |
| 128. | Giveaway notes_handwritten |
| 129. | Giveaway_Diaper List |
| 130. | Instructions_CCC Progress Note Templates |
| 131. | Instructions_Coordinator Rules and Policies |
| 132. | Instructions_Handwritten |
| 133. | Instructions_set aside money from checks for clients |
| 134. | Misc_uncompleted files |
| 135. | Money list_typed |
| 136. | Money lists_handwritten_June and later |
| 137. | Money lists_handwritten |
| 138. | Money lists_handwritten_undated |
| 139. | NoCC_Akilah Teague |
| 140. | NoCC_Akiyah WashingtonBranch |
| 141. | NoCC_Ashley Nash |
| 142. | NoCC_Brandy Johnson |
| 143. | NoCC_Ivory Ward |
| 144. | NoCC_Jamuira Stewart |
| 145. | NoCC_Jasmine Morgan |
| 146. | NoCC_Jazyme Fletcher |
| 147. | NoCC_Jeneera Jones |
| 148. | NoCC_Kaphree Jordan |
| 149. | NoCC_Kaprisha Greer |
| 150. | NoCC_Leeasia Porter |
| 151. | NoCC_Naquada Deleon |

| | |
|---|---|
| 152. | NoCC_Porsha Chestnut |
| 153. | NoCC_Precious Love |
| 154. | NoCC_Princess Jackson |
| 155. | NoCC_Quanetta Taylor |
| 156. | NoCC_Shardae Giles |
| 157. | NoCC_Takeya Jefferson |
| 158. | NoCC_Taysha Torres |
| 159. | Planner |
| 160. | Pre-filled notes_care plans_employment app |
| 161. | Pre-signed care plans |
| 162. | Pre-signed forms_notes re not needing services |
| **D.** | **FACEBOOK** |
| 165. | #1 qualification is having clients |
| 166. | 4 months and not enough coordinators |
| 167. | backbilling_Akilah Teague |
| 168. | backbilling_Akilah Teague2 |
| 169. | backbilling_Amina Mohamed |
| 170. | backbilling_Antiana Wiley |
| 171. | backbilling_Destini Davis |
| 172. | backbilling_Destiny Peterson |
| 173. | backbilling_Jackie Rosado |
| 174. | backbilling_Keyanna Wilson |
| 175. | backbilling_no contact_Tyeshia Malone |
| 176. | backbilling_no coordinator_Kaprisha Greer |
| 177. | backbilling_Suvina Thomas |
| 178. | CC pay is 40% |
| 179. | CC pay_depends on # of clients |
| 180. | Count 1_12_backbilling_Charlisa Smith |
| 181. | Count 15_kickback |
| 182. | Count 16_kickback |
| 183. | Count 2_10_backbilling_Dae'sha Bradley |
| 184. | Count 3_11_backbilling_Klaranda Davis |
| 185. | False billing_Teyisha Malone |

| | |
|---|---|
| 186. | Kickback_enroll for stuff_Destini Davis |
| 187. | Kickback_enroll for stuff_Sweet Pea |
| 188. | Kickback_Enrollment bonuses |
| 189. | Kickback_July community event_baby clothes |
| 190. | Kickback_post and donations_March 2021 |
| 191. | Kickback_post_April 2021 |
| 192. | Kickback_post_free car seat_ stroller_must enroll |
| 193. | Kickback_post_grand opening April |
| 194. | Kickback_post_grand opening |
| 195. | Kickback_post_July event |
| 196. | Kickback_post_March 2021 |
| 197. | Kickback_post_must enroll |
| 198. | Kickback_solicitation approval |
| 199. | make 100k per month |
| 200. | make 50k to 100k per month |
| 201. | no services_Dari Odom |
| 202. | no services_daughter has no CC for 5 months |
| 203. | no services_gifts_Afrisha Ward |
| 203A | No services_gifts_Afrisha Ward pg1 |
| 204. | no services_Heaven Brooks |
| 205. | no services_Kieza McNealy_Klaranda Davis |
| 206. | No services_Marcelina Bonilla |
| 207. | no services_no coordinator contact_Shanta Henderson |
| 208. | No services_Sandridge |
| 209. | Not included_I don't do house visits |
| 210. | Not included_Not able to help with hotel or shelter |
| 211. | Not included_Pregnant women get nothing |
| 212. | security deposit help |
| 213. | security deposit help2 |
| 214. | shoutout to only client who asks for resources |
| 215. | March_Picked my team_So many hustles |
| 216. | spending post_December 2021_cars and trips |
| 217. | spending_30k on office |

| | | |
|---|---|---|
| 218. | spending_big house and yard | |
| 219. | spending_birthday party | |
| 220. | spending_bought man benz and coordinators a trip | |
| 221. | spending_burberry baby stuff | |
| 222. | spending_cars | |
| 223. | spending_designer clothes in bmw | |
| 224. | spending_Dior in NYC | |
| 225. | spending_dolce in car | |
| 226. | spending_Elijah necklace | |
| 227. | Spending_fancy car | |
| 228. | Spending_gucci and cash on bed | |
| 229. | Spending_holding cash near gift table | |
| 230. | Spending_house | |
| 231. | Spending_kid in dior and jewelry | |
| 232. | Spending_kid in dolce | |
| 233. | Spending_kid in versace | |
| 234. | Spending_kids designer clothes | |
| 235. | Spending_kids in burberry | |
| 236. | Spending_Louis and red carpet | |
| 237. | Spending_LV outfit next to car | |
| 238. | Spending_Mercedes | |
| 239. | Spending_need bigger garage | |
| 240. | Spending_October 2021 post_PR trip and truck | |
| 241. | Spending_party holding cash | |
| 242. | Spending_BMW | |
| 243. | Spending_Ring | |
| 244. | Spending_RL party favors | |
| 245. | Spending_Rodeo shopping and porsche | |
| 246. | Spending_Trip for coordinators | |
| 247. | Tanija Hudson_sec. deposit_diapers_no contact with coordinator | |
| 248. | the game over | |
| **E.** | **COMPUTERS** | |
| 249. | Ajanee Phillips 521 | |

| | |
|---|---|
| 250. | Ajanee Phillips 621 |
| 251. | Audrey Davis Billing 8.21 |
| 252. | Audrey Davis Billing 09.21 |
| 253. | Audrey Davis Billing 10.21 |
| 254. | Caring Through Love inventory log in |
| 255. | Klaranda Davis ICP 7.1 |
| 256. | Klaranda Davis 02.21 |
| 257. | Michaela Mack 621 |
| 258. | PNCC Billing I.ICP |
| 259. | Precious Cruse Client List |
| 260. | Sample Billing CCC |
| **F.** | **FINANCIAL RECORDS** |
| 261. | ADP_Checks May to Nov_CRUSE_USAO1_001077 |
| 262. | ADP_CRUSE_USAO1_001109 |
| 263. | ADP_CRUSE_USAO1_001144 |
| 264. | ADP_Payroll May to Nov_CRUSE_USAO1_001099 |
| 265. | ADP_Payroll total May to Nov_CRUSE_USAO1_001094 |
| 266. | ADP_Q4_CRUSE_USAO1_001104 |
| 267. | ARC_Marlin's Records_45512 |
| 268. | Block_CRUSE_USAO1_001065 |
| 269. | Block_CRUSE_USAO1_001066 |
| 269a | Block_CRUSE_USAO1_001067 |
| 269b | Block_CRUSE_USAO1_001068 |
| 269c | Block_CRUSE_USAO1_001069 |
| 269d | Block_CRUSE_USAO1_001070 |
| 270. | DOT_CRUSE_USAO1_000031 |
| 271. | JP Morgan |
| 272. | JP Morgan_2 |
| 273. | JP Morgan_3 |
| 274. | Paks Elijah Necklace |
| 275. | Paks email |
| 276. | Paks Necklace & Bracelet |
| 277. | Paks repair receipts |

| | |
|---|---|
| 278. | Santander BMW |
| 279. | Tax_Cruse 2019 1040 |
| 280. | Tax_Cruse 2020 1040 |
| 281. | Tax_Cruse 2021 1040 |
| 282. | Tax_CTL 2d quarter |
| 283. | Tax_CTL 3d quarter |
| 284. | Tax_CTL 4th quarter |
| 285. | US Bank Monthly Statements |
| 286. | US Bank Transactions |
| 287. | US Bank Transactions_2 |
| 288. | US Bank_signature |
| 289. | Green Dot Records_CRUSE_USAO1_002095 |
| 289a | Green Dot Records_CRUSE_USAO1_001167 |
| 291. | Carroll Caine Death Certificate |
| 292. | Cruse email to UHC |
| 293. | Davis Death Certificate |
| 296. | S.Thomas phone video 1 |
| 296A. | S.Thomas phone video 1_10:17-10:33 |
| 296B. | S.Thomas phone video 1_17:21-18:00 |
| 297. | S. Thomas phone video 2 |
| 297A. | S. Thomas phone video 2_00:27-00:34 |
| 297B. | S. Thomas phone video 2_07:21-07:30 |
| 299. | SW photo_clothes, bouncers |
| 302. | SW photos_desks2 |
| 304. | SW photos_hightop with clothes |
| 305. | SW photos_main desk |
| 306. | SW photos_Storage Area with Cabinets and Baby Items |
| 307. | SW photos_Storage Area with Cabinets and Baby Items2 |
| 309. | Video of Klaranda Davis Messages |
| 310. | S. Thomas employment application |
| 311. | T. Stovall employment application |
| 312. | TMobile Phone Records_CRUSE_USAO1_001177-1205 |
| 313. | TMobile Phone Records_Cruse_USAO1_1207 |

| 314. | TMobile Phone Records_Cruse_USAO1_1208 |
|---|---|
| 315. | TMobile Phone Records_Cruse_USAO1_1209 |
| 316. | TMobile Phone Records_Cruse_USAO1_1210 |
| 317. | Summary of Deposits into USB Account |
| 318. | Summary of Expenditures from USB Account |
| 319. | Summary of Total Medicaid Deposits for CTL |
| 320. | Summary of Payroll for CTL |
| 321. | Summary Improbable Days |
| 322. | Summary Impossible Days |
| 323. | Summary October 6 Dup Billing |
| 324. | Daily Hours Billing Snapshot |
| 325. | Month to Month Backdating Summary Chart |
| 326. | Summary of percentage of claims at 2 hr max |
| 327. | Summary of percentage of claims at 40 hr max |
| 328. | Cruse phone contact with clients |
| 329. | Cruse phone contact with client-coordinators |
| 330. | Planner backdating summary |
| 331. | Afrisha Ward progress note |
| 332. | Damonique Johnson Job Application |
| 333. | Damonique Johnson CC progress notess |
| 334. | FB – Kids with Cash |
| 335. | FB – Elijah Necklace post |
| 335a | FB – Elijah Necklace post video |
| 336 | Welcome Letter |
| 337 | Marlin Conversation |
| 338 | Hiring Santana |
| 339 | Hiring Lavallyn |
| 340 | Billing training |
| 341 | Start billing the week of the 24th, if you wanna start let me know |